1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTEVEZ, | 1:10-cv-01444-AWI-GSA-PC |
| Plaintiff, | [Kern County Superior Court case #S-1500-CL-237357] |
| v. | ORDER FOR DEFENDANTS TO SUBMIT A FILE-STAMPED COPY OF THE FIRST |
| ERIC LUNSFORD, et al., | AMENDED COMPLAINT FILED BY PLAINTIFF AT KERN COUNTY SUPERIOR COURT |
| Defendants. | |
| _____/ | THIRTY DAY DEADLINE |

This is a civil action filed by plaintiff Jesus Estevez ("Plaintiff"), a state prisoner proceeding pro se.  This action was initiated by civil complaint filed by Plaintiff in the Kern County Superior Court on April 2, 2009 (case #S-1500-CL-237357).  On August 11, 2010, defendants Eric Lunsford and T. Shelton ("Defendants") removed the case to federal court by filing a Notice of  Removal of Action pursuant to 28 U.S.C. § 1441(b).  (Doc. 1.)

In the Notice of Removal of Action, Defendants assert that "[O]n or about July 9, 2010, Plaintiff filed a First Amended Complaint in this matter," and that "[A] true and correct copy of Plaintiff's First Amended Complaint is attached as Exhibit 'B.' " However, the copy of the First Amended Complaint submitted as Exhibit "B" is not file-stamped by the Kern County Superior Court with the date of filing.  The district court requires a copy of the file-stamped First Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Defendants shall file a Notice of Submission of Documents, together with a true and

1

correct copy of Plaintiff's First Amended Complaint filed in Kern County Superior Court case #S-1500-CL-237357, file-stamped by the Kern County Superior Court with the date of filing.


IT IS SO ORDERED.

Dated:   **September 1, 2010**                    **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE