# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTEVEZ,<br><br>             Plaintiff,<br><br>     v.<br><br>ERIC LUNSFORD, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:10-cv-01444-AWI-GBC (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS AS PREMATURE<br><br>(Doc. 5)<br><br>ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSIVE PLEADING |

   Plaintiff Jesus Estevez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed the action in the Kern County Superior Court as case No. S-1500-CL-237357 on April 2, 2009. On July 9, 2010, Plaintiff filed his first amended complaint in the Kern County Superior Court which Defendants believed added new language creating federal claims. Defendants removed this action to this Court on August 11, 2010. (Doc. 1.). On August 18, 2010, Defendants filed a motion to dismiss. (Doc. 5.).

   The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court, and delays are inevitable despite the Court's best efforts.

///

///

///

1

1     Therefore, Defendants' motion to dismiss is premature since screening has yet to occur in this case. The Defendants' are relieved from the obligation to file a responsive pleading until thirty (30) days after the complaint is screened.

    Defendants' motion to dismiss is HEREBY DENIED WITHOUT PREJUDICE as premature. Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:   January 19, 2011

UNITED STATES MAGISTRATE JUDGE