UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTEVEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LUNSFORD, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01444-AWI-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 16, 22) |

　　　　Jesus Estevez ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 14, 2010, Plaintiff filed a motion for a preliminary injunction requesting that officials at the High Dessert State Prison be required to provide him expanded access to his legal materials and the law library. (Doc. 16.).  On January 11, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  Neither party has submitted objections to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and

Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 11, 2011, is adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed September 14, 2010, is DENIED.

IT IS SO ORDERED.

Dated:   April 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE