# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTEVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC LUNSFORD, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01444-AWI-SAB<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE REMANDED TO KERN COUNTY SUPERIOR COURT<br><br>OBJECTIONS DUE WITHIN THIRTY (30) DAYS |

   This action was removed to this Court from the Superior Court of the State of California, Kern County on August 11, 2010. (ECF No. 1.) On May 1, 2013, the Court ordered Plaintiff to indicate whether he intended to raise any federal claims in this action. (ECF No. 29.) The Court issued this order in light of its independent duty to assess whether federal subject matter jurisdiction exists in this matter. See United Investors Life Ins. Co. v. Waddell & Reed Inc., 360 F.3d 960, 967 (9th Cir. 2004). In the Court's view, Plaintiff's complaint did not raise any federal claims. On May 31, 2013, Plaintiff informed the Court that he did not intend to raise any federal claims in his complaint, confirming the Court's interpretation of Plaintiff's complaint. (ECF No. 30.)

   Plaintiff's complaint only raises claims under state law and therefore this Court lacks subject matter jurisdiction over this action. Accordingly,

   IT IS HEREBY RECOMMENDED that this action be remanded to state court.

1

These Findings and Recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within 14 days after being served with a copy, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **June 5, 2013**

UNITED STATES MAGISTRATE JUDGE