# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ESTEVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC LUNSFORD, et al.,<br><br>    Defendants. | Case No.  1:10-cv-01444-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER REMANDING CASE TO STATE COURT<br><br>(ECF No. 31) |

This action was removed to this Court from the Superior Court of the State of California, Kern County on August 11, 2010. (ECF No. 1.) On May 1, 2013, the Court ordered Plaintiff to indicate whether he intended to raise any federal claims in this action. (ECF No. 29.) The Court issued this order in light of its independent duty to assess whether federal subject matter jurisdiction exists in this matter. See United Investors Life Ins. Co. v. Waddell & Reed Inc., 360 F.3d 960, 967 (9th Cir. 2004). In the Court's view, Plaintiff's complaint did not raise any federal claims. On May 31, 2013, Plaintiff informed the Court that he did not intend to raise any federal claims in his complaint, confirming the Court's interpretation of Plaintiff's complaint. (ECF No. 30.)  On June 5, 2013, the Magistrate Judge issued a findings and recommendations recommending that this action be remanded to the Kern County Superior Court.  (ECF No. 31.) Neither party filed any objections to the findings and recommendations.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this

case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on June 5, 2013, in full; and
2. This action is remanded to the Kern County Superior Court.
3. The Clerk of the Court is directed to notify the Kern County Superior Court of this remand order.

IT IS SO ORDERED.

Dated: August 1, 2013

_____
SENIOR DISTRICT JUDGE